IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

THE UNITED STATES OF AMERICA  :
FOR THE USE AND BENEFIT OF  :
CAPITAL LIGHTING and SUPPLY, LLC  :
d/b/a CAPITALTRISTATE  :
f/k/a CAPITAL LIGHTING and SUPPLY, INC.  :
8511 Pepco Place  :
Upper Marlboro, MD   20772  :
:
vs.  :
:
HARTFORD ACCIDENT AND INDEMNITY  :
COMPANY  :
One Hartford Plaza  :
Hartford, CT   06155  :
:
Serve:  Therese M. Goldsmith  :
       Insurance Commissioner  :
       Resident Agent  :
       200 St. Paul Place  :
       Suite 2700  :
       Baltimore, MD   21202  :
:
              Defendant.  :

## COMPLAINT

The United States of America, for the use and benefit of Plaintiff, Capital Lighting and Supply, LLC d/b/a CapitalTristate f/k/a Capital Lighting and Supply, Inc., by its attorney, Jill D. Caravaggio, hereby sues the Defendant and as grounds in support thereof states as follows:

### Jurisdiction and Venue

1.    Federal jurisdiction and venue lies in this District pursuant to the Miller Act, 40 USC Section 3131a through 3131e.

Parties

2. Use Plaintiff Capital Lighting and Supply, LLC d/b/a CapitalTristate f/k/a Capital Lighting and Supply, Inc. ("Capital") is a foreign corporation qualified to do business in the State of Maryland with its principal place of business at 8511 Pepco Place, Upper Marlboro, MD  20772 and is engaged in the sale and delivery of electrical materials.

3. Defendant Hartford Accident and Indemnity Company ("Hartford") is an insurance company licensed and doing business in the State of Maryland, which includes the issuance of surety bonds with a principal office at One Hartford Plaza, Hartford, CT  06155.

COUNT I
(Violation of Miller Act, 40 USC Sections 3131, et seq.)

The United States of America for the use and benefit of Capital Lighting and Supply, LLC d/b/a Capital Tristate, incorporates the preceding allegations as if fully set forth herein and further states as follows:

4. At all times relevant hereto, John C. Grimberg Co., Inc. ("Grimberg"), a Maryland corporation with its principal place of business at 3200 Tower Oaks Boulevard, Suite 300, Rockville, MD  20852, was the general contractor concerning a construction project for the United States of America, Department of Army, Emergency Services Center, Contract No. W912DR-10-C-0087 (hereinafter "Project").

5. On or about June 24, 2010, Grimberg and the United States of America entered into a contract concerning the construction of the Project ("U.S. Government Contract").

6. As part of the requirements under the U.S. Government Contract, Grimberg, as bond principal, furnished to the United States of America a Payment Bond in the penal amount of $13,478,000.00 under the provisions of the Federal Miller Act ("Bond").

7. The surety on the Bond is Hartford Accident and Indemnity Company ("Surety"). A copy of the Bond is attached hereto as Exhibit A and is incorporated herein by reference.

8. In order to complete the U.S. Government Contract, Grimberg entered into a subcontract agreement with Laco Electric, Inc. ("Laco") wherein Laco agreed to perform electrical work and supply electrical materials for the Project and Grimberg agreed to pay for said electrical work ("Subcontract").

9. In order to perform its Subcontract, Laco ordered electrical materials from Capital and agreed to pay for said materials in accordance with the terms and conditions embodied in the Business Credit Application [(which had been entered into between Capital and Laco on or about March 10, 2008 and which established an open and/or running account with Capital for Laco and is hereinafter "Credit Agreement"])]. A copy of the Credit Agreement (redacted) is attached hereto as Exhibit B and is incorporated herein by reference.

10. Pursuant to the Credit Agreement, Laco is liable for interest at the rate of twenty-four percent (24%) per annum on all sums not paid by the twenty-fifth day of the month following the date of invoice.

11. Pursuant to the Credit Agreement, Laco is liable for attorney's fees in the amount of thirty-three and one-third percent (33-1/3%) of the principal

balance due.

12. At the request of Laco and pursuant to the Credit Agreement, Capital, from on or about March 29, 2012 through on or about July 3, 2013, provided lighting, gear grounding and other miscellaneous related materials to the Project and/or for use on the Project and for which payment in full has not been made.

13. Subsequent to the delivery of material(s) provided, Capital sent an invoice to Laco demanding payment for the material(s) provided.

14. Despite due demand for payment, Laco failed to pay for the materials provided and a principal balance in the amount of $43,654.19 is past due. A copy of a statement of account listing the unpaid invoices for the Project is attached hereto as Exhibit C and incorporated herein by reference.

15. All materials provided by Capital were accepted by Laco, Grimberg, and the United States of America.

16. The date on which the last materials were provided by Capital to the Project and/or for use on the Project is July 3, 2013.

17. Within ninety (90) days from the last date that materials were delivered to the Project and on or about August 20, 2013, Capital provided notice to Grimberg and Surety that the amounts due from Laco for material furnished to and/or for use on the Project remain unpaid and of Capital's demand for payment on the Bond. A copy of the notice and proof of delivery of the notice is collectively attached hereto as Exhibit D and is incorporated herein by reference.

18. Despite demand for payment by Capital of Grimberg and Surety, the

account balance has not been paid and there is due and owing the sum of $43,654.19.

19. Despite Capital's full compliance with the provisions of the Miller Act and due demand for payment, the Surety has failed and refuses to meet its obligations under the Bond and is in violation of the provisions of the Miller Act.

20. The Surety is liable to Capital for interest and attorney's fees as provided for in the Credit Agreement.

WHEREFORE, the United States of America, for the use and benefit of Capital Lighting and Supply, LLC d/b/a CapitalTristate f/k/a Capital Lighting and Supply, Inc., demands judgment against Defendant Hartford Accident and Indemnity Company in the following amounts:

a) principal in the amount of $43,654.19;

b) interest from September 26, 2013 at the rate of 24% per annum until paid;

c) reasonable attorney's fees in the amount of thirty-three and one-third percent (33 1/3%) of the principal balance due or $14,536.84, or actual attorney's fees in an amount to be proven at trial, whichever is greater; and

d) costs of this action.

THE UNITED STATES OF AMERICA,
FOR THE USE AND BENEFIT OF
CAPITAL LIGHTING AND SUPPLY,
LLC d/b/a CAPITALTRISTATE
f/k/a CAPITAL LIGHTING AND
SUPPLY, INC.
By Counsel

LAW OFFICE OF JILL D. CARAVAGGIO
8923 Fingerboard Road
Suite C
Frederick, Maryland 21704
301-810-5013 (telephone)
301-810-5017 (facsimile)
jill@jill-lawoffice.net (email)
Bar No. 04693

By: *Jill D. Caravaggio*
    Jill D. Caravaggio
    Attorney for Plaintiff

\\JILL\JDC Network\litigate\LAWSUITS.USM\Capital.Laco.Grimberg.bond.doc